UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUFFALO BIODIESEL, INC.,

                          Plaintiff,

              *-against-*

LIFECYCLE RENEWABLES, INC.,

                          Defendant.

**<u>ORDER</u>**

25-cv-08905 (ER)

<u>RAMOS, D.J.</u>

A telephonic conference for this action is scheduled for **<u>November 7, 2025 at 11:00 a.m</u>**. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number.  The parties are further instructed to join the call five (5) minutes prior to the conferences start time

SO ORDERED.

Dated:    October 28, 2025
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.