UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUFFALO BIODIESEL, INC.,

Plaintiff/Counter-Defendant,

– *against* –

LIFECYCLE RENEWABLES, INC.,

Defendant/Counter-Plaintiff.

**ORDER**

25-cv-08905 (ER)

RAMOS, D.J.:

Buffalo Biodiesel, Inc. brought suit against Lifecycle Renewables, Inc. in the Western District of New York on January 12, 2025. Doc. 1. The case was transferred to this District on October 27, 2025, Doc. 36, and the Court entered a discovery plan and scheduling order on November 12, 2025, Doc. 43. The scheduling order permitted the parties to file amended pleadings until February 20, 2026, *id.*, and, on that date, Lifecycle Renewables moved to amend its answer and counterclaims. Doc. 45. Approximately three weeks later, however, the parties jointly requested that the Court extend the deadlines in the initial scheduling order, including the deadline for amended pleadings. Doc. 48. The Court granted the request and entered an amended scheduling order on March 12, 2026. Doc. 49. The amended scheduling order extends the deadline for amended pleadings to April 20, 2026. *Id.*

Notwithstanding the amended scheduling order, Lifecycle Renewables has not withdrawn its motion to amend. Nor has Buffalo Biodiesel filed an opposition to the

motion. The parties are therefore directed to file a joint letter regarding the status of the motion—and, in particular, whether it is moot—by April 20, 2026.

It is SO ORDERED.

Dated:   April 13, 2026
         New York, New York

EDGARDO RAMOS, U.S.D.J.