AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ **District of** _____ New York

Buffalo Biodiesel, Inc.

Plaintiff (s),

V.

Lifecycle Renewables, Inc.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25-CV-08905 _____

Notice is hereby given that, subject to approval by the court, Buffalo Biodiesel, Inc. _____ substitutes

(Party (s) Name)

Jeremiah E. Lenihan _____ , State Bar No. 5972526 _____ as counsel of record in

(Name of New Attorney)

place of Yann Geron, Esq. for Geron Legal Advisors LLC _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Buffalo Biodiesel, Inc.

Address: 17 Court Street

Telephone: (716) 272-3386          Facsimile _____

E-Mail (Optional): jeremiah.lenihan@buffalobiodiesel.com

I consent to the above substitution.

Date: 6/5/2026 _____

_____
(Signature of Party (s))

I consent to being substituted.

Date: 6/5/2026 _____

Geron Legal Advisors LLC

By Yann Geron

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/5/2026 _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/9/2026 _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]